THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Benjamin Garcia,<br><br>   Plaintiff,<br><br>vs.<br><br>Brigham Young University,<br><br>   Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 1:24-cv-00188 AMA |

I recuse myself in this case and ask that the matter be referred to another magistrate.


DATED this 20 December 2024.


Dustin B. Pead
United States Magistrate Judge