UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN GARCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY d/b/a BYU BROADCASTING,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO STAY (DOC. NO. 32)**<br><br>Case No. 1:24-cv-00188<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg |

The parties have filed a stipulated motion to stay this case until May 30, 2025 pending mediation.[1] For good cause shown, and where the motion is stipulated, the motion[2] is GRANTED. This action is STAYED until May 30, 2025. The parties are ordered to file a status report by May 30, 2025 regarding the status of mediation and/or settlement.

DATED this 22nd day of April, 2025.

BY THE COURT:

Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 32.)

[2] (Doc. No. 32.)