# EXHIBIT A

*Benjamin Garcia v. Brigham Young University d/b/a BYU Broadcasting*

In the United States District Court for the District of Utah

Case No. 1:24-cv-00188-AMA-DAO

## Settlement Claim Form

**If you are a Settlement Class Member and wish to receive a payment, your completed Claim Form must be postmarked on or before [_____], or submitted online on or before [_____].**

Please read the full notice of this settlement (available at [hyperlink]) carefully before filling out this Claim Form.

To be eligible to receive any benefits from the settlement obtained in this class action lawsuit, you must submit this completed Claim Form online or by mail:

**ONLINE:**  www.garciavideoprivacyclassaction.com

**MAIL**:  [ADDRESS]

**PART ONE:  CLAIMANT INFORMATION**

Provide your name and contact information below. It is your responsibility to notify the Settlement Administrator of any changes to your contact information after the submission of your Claim Form.

[          ]  [          ]
**FIRST NAME**  **LAST NAME**

[          ]
**STREET ADDRESS**

[          ]  [     ]  [       ]
**CITY**  **STATE**  **ZIP CODE**

[          ]
**E-MAIL ADDRESS**

If you received Notice about the Settlement by email, please provide the Unique ID located on the Notice you received to assist the Settlement Administrator in validating your claim. Please be sure to include the full Unique ID, including all letters and/or numbers that appear.

[          ]
**UNIQUE ID**

## PART TWO: COMPENSATION AND PROOF OF MEMBERSHIP

**PROOF OF FACEBOOK ACCOUNT:** To qualify for a Cash Payment under the Settlement, you must have had a Facebook account. By signing this form, you hereby submit, under penalty of perjury of the laws of the United States of America, that you had a Facebook account during the time period November 12, 2022 to May 9, 2025.

**FORM OF CASH PAYMENT:** You may be entitled to receive a Cash Payment of $x.xx. You may select the form in which you wish to receive the Cash Payment below.

Method of Cash Payment:

| | | |
|---|---|---|
| Venmo | ☐ | Venmo Username: _____ |
| PayPal | ☐ | Paypal Email: _____ |
| Zelle | ☐ | Zelle Email: _____ |
| Check | ☐ | Address: _____ |

## PART THREE: ATTESTATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that between November 12, 2022 through May 9, 2025, I (1) had a Facebook account, (2) had a subscription (i.e., login credentials) to www.byutv.org, and (3) viewed a video on www.byutv.org; and that all of the information on this Claim Form is true and correct to the best of my knowledge. I also declare under penalty of perjury that the Facebook account identified in this form belongs to me and no one else. I understand that my Claim Form may be subject to audit, verification, and Court review.

| | |
|---|---|
| **SIGNATURE** | **DATE** |

**Please keep a copy of your Claim Form for your records.**