**CARNEY BATES & PULLIAM, PLLC**
Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Hank Bates (*pro hac vice*)
hbates@cbplaw.com
Samuel Jackson (*pro hac vice*)
sjackson@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR 72202
Tel: (501) 312-8500
Fax: (501) 312-8505

**LEVI & KORSINSKY LLP**
Mark Reich (to apply for *pro hac vice*)
mreich@zlk.com
Gary Ishimoto (to apply for *pro hac vice*)
gishimoto@zlk.com
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

**ANDERSON & KARRENBERG**
Jacob D. Barney (#16777)
50 W. Broadway, Suite 600
Salt Lake City, UT 84101
Tel: (801) 534-1700
Fax: (801) 364-7497

*Attorneys for Plaintiff and the Proposed Settlement Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| BENJAMIN GARCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHAM YOUNG UNIVERSITY d/b/a BYU BROADCASTING<br><br>Defendant. | **JOINT MOTION TO AMEND EMAIL NOTICE AND LONG FORM NOTICE DOCUMENTS**<br><br>Judge: Hon. Ann Marie McIff Allen<br><br>Mag. Judge: Hon. Daphne A. Oberg<br><br>Case No.: 1:24-cv-00188-AMA-DAO |

Plaintiff Benjamin Garcia ("Plaintiff") and Defendant Brigham Young University d/b/a BYU Broadcasting ("Defendant") (together, the "Parties"), by and through their attorneys, jointly move this Court to permit the Parties and the Settlement Administrator to amend the associated notice documents to be issued to class members during the course of this matter. In support of this motion, the parties state as follows:

1. On July 18, 2025 this Court entered its Order Granting Preliminary Approval to Class Action Settlement. Dtkt. 42 ("Order").

2. The Order adopts the material terms of the Settlement Agreement, Dkt. 41 ("Agreement"), executed by the Parties in the case, Order, at 2, and specifically requires the following:

   a. that the Parties agreed to a settlement valued at $1,250,000, Agreement ¶ 1.32;

   b. that class members receive notice of the Settlement, which includes the material terms of the Agreement, Order, ¶ 11; and

   c. if the size of the Settlement Class increases more than 5% above 126,450, the Settlement Fund will increase pro rata for each Settlement Class Member above 126,450. Agreement ¶ 1.32.

3. Defendant provided a list of class members to the Settlement Administrator on August 1, consistent with the Agreement. Agreement ¶ 4.1(a). When preparing the list of class members, Defendant determined the size of the class increased more than 5% above the 126,450 number on which this class was negotiated. The size of the class is now 156,662, an increase of 30,212 members.

4. The pro rata value for each class member in the original settlement was $9.88.

5. Consistent with ¶ 1.32, the Settlement Fund shall increase to account for the additional class members, which increases the original settlement value of $1,250,000 to $1,548,495.00. Incorporating the increased settlement value and settlement class size, the pro rata amount of the settlement remains $9.88.

6. The Notice Date in this matter is August 15, 2025. *See* Order ¶ 29. If the Court grants this motion prior to August 12, 2025, there will be no need to delay any of the previously ordered deadlines scheduled by the Court. *See* Order ¶ 29.

7. The Parties jointly request this Court to enter an Order permitting the Parties and the Settlement Administrator to issue notice documents which reflect the updated settlement value of $1,548,495.00.

For the foregoing reasons, the Parties jointly request the Court to enter an Order permitting them, along with the Settlement Administrator, to amend the notice documents to reflect the settlement value of $1,548,495.00.

Dated: August 5, 2025

Respectfully submitted,

*/s/Allen Carney*

Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Hank Bates (*pro hac vice*)
hbates@cbplaw.com
Sam Jackson (*pro hac vice*)
sjackson@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
One Allied Drive, Suite 1400
Little Rock, AR 72202
Tel: (501) 312-8500
Fax: (501) 312-8505

March Reich (to apply for *pro hac vice*)
mreich@zlk.com
Gary Ishimoto (to apply for *pro hac vice*)
gishimoto@zlk.com
**LEVI & KORSINSKY LLP**

33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Jacob D. Barney (#16777)
**ANDERSON & KARRENBERG**
50 W. Broadway, Suite 600
Salt Lake City, UT 84101
Tel: (801) 534-1700
Fax: (801) 364-7497

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing pleading was filed via the Court's e-filing system on this date on counsel of record.

Date: August 6, 2025

/s/*Allen Carney*
Allen Carney