UNITED STATES DISTRICT COURT DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| BENJAMIN GARCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY d/b/a BYU BROADCASTING,<br><br>Defendant. | **ORDER GRANTING MOTION TO AMEND EMAIL NOTICE AND LONG FORM DOCUMENTS (DOC. NO. 44)**<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg<br><br>Case No. 1:24-cv-00188 |

Having reviewed the Joint Motion to Amend Email Notice and Long Form Notice Documents (Doc. No. 44), the Court hereby GRANTS the Motion. The Parties shall amend the Email Notice and Long Form Notice Documents to reflect the amended settlement value of $1,548,495.00.

DATED this 11th day of August, 2025.

**BY THE COURT**

Daphne A. Oberg

Magistrate Judge Daphne A. Oberg