**CARNEY BATES & PULLIAM, PLLC**
Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Hank Bates (*pro hac vice*)
hbates@cbplaw.com
Samuel Jackson (*pro hac vice*)
sjackson@cbplaw.com
One Allied Drive, Suite 1400
Little Rock, AR 72202
Tel: (501) 312-8500
Fax: (501) 312-8505

**ANDERSON & KARRENBERG**
Jacob D. Barney (#16777)
50 W. Broadway, Suite 600
Salt Lake City, UT 84101
Tel: (801) 534-1700
Fax: (801) 364-7497

**LEVI & KORSINSKY LLP**
Mark Reich (to apply for *pro hac vice*)
mreich@zlk.com
Gary Ishimoto (to apply for *pro hac vice*)
gishimoto@zlk.com
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Plaintiff and the Proposed Settlement Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH – CENTRAL DIVISION**

BENJAMIN GARCIA, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

BRIGHAM YOUNG UNIVERSITY d/b/a BYU BROADCASTING

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Judge: Hon. Ann Marie McIff Allen

Mag. Judge: Hon. Daphne A. Oberg

Case No.: 1:24-cv-00188-AMA-DAO

In accord with the Settlement Agreement (the "Settlement Agreement") (Dkt. No. 41), this Court's Order Granting Preliminary Approval of Class Action Settlement, dated July 18, 2025 (Dkt. No. 42, the "Preliminary Approval Order"), and this Court's August 11, 2025 Order amending notice documents (Dkt. No. 45), Plaintiff Benjamin Garcia ("Plaintiff" or "Settlement Class Representative"), by and through undersigned counsel, hereby moves this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) granting final approval of the proposed settlement of this case (the "Settlement") as fair, reasonable, and adequate; (ii) granting final certification to the Settlement Class; and (iii) finding the notice program as set forth in the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order and this Court's August 11, 2025 Order (Dkt. No. 45) satisfies the requirements of Federal Rule of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the circumstances. In support thereof, Plaintiff is contemporaneously filing a Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement; the Joint Declaration of Sam Jackson, Mark Reich, and Jacob Barney in support of Plaintiff's (i) Motion for Final Approval of Class Action Settlement and (ii) Motion for Award of Attorneys' Fee, Litigation Expenses, and Service Award; and the Declaration of Settlement Administrator Simpluris, Inc. in Support of Plaintiff's Motion for Final Approval of Class Action Settlement.

Dated: September 29, 2025

Respectfully submitted,

*/s/Allen Carney*

Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Hank Bates (*pro hac vice*)
hbates@cbplaw.com
Sam Jackson (*pro hac vice*)
sjackson@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
One Allied Drive, Suite 1400
Little Rock, AR 72202

Tel: (501) 312-8500
Fax: (501) 312-8505

March Reich (to apply for *pro hac vice*)
mreich@zlk.com
Gary Ishimoto (to apply for *pro hac vice*)
gishimoto@zlk.com
**LEVI & KORSINSKY LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Jacob D. Barney (#16777)
**ANDERSON & KARRENBERG**
50 W. Broadway, Suite 600
Salt Lake City, UT 84101
Tel: (801) 534-1700
Fax: (801) 364-7497

***Attorneys for Plaintiff and the Proposed Settlement Class***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing pleading was filed via the Court's e-filing system on this date on counsel of record.

Date: September 29, 2025

/s/*Allen Carney*
Allen Carney