**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| BENJAMIN GARCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY d/b/a BYU BROADCASTING,<br><br>Defendant. | Case No. 1:24-cv-00188-AMA-DAO<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Meagan Brunner, declare and state as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am a Director of Client Services at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California)

(1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4. Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Granting Preliminary Approval to Class Action Settlement ("Preliminary Approval Order") entered on July 18, 2025, to provide settlement administration services in this settlement. In this capacity, Simpluris was charged with the following:

a. Establishing and maintaining a Settlement-specific website at www.garciavideoprivacyclassaction.com;

b. Establishing and maintaining a Settlement-specific toll-free phone number (1-844-496-0654);

c. Formatting and sending an Email Notice to potential Settlement Class Members identified in the Class List;

d. Receiving and processing Settlement Class Members' requests for exclusion from the proposed settlement and objections to the proposed settlement;

e. Receiving, processing and validating Settlement Class Members' Claim Forms;

f. Processing and issuing payments via Check, PayPal, Venmo, and Zelle to Settlement Class Members, and sending payments to the Settlement Class Representative and Settlement Class Counsel;

g. Providing counsel for the Parties with weekly status reports; and

h. Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

## CAFA NOTICE

5. On July 31, 2025, pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement on behalf of the Defendant. Attached hereto as **Exhibit A** is a true and correct copy of the CAFA letter sent to the Attorneys General and the list of recipients.

## DIRECT NOTICE PROGRAM

6. Pursuant to the Parties' Agreement and the Preliminary Approval Order, Simpluris formatted the Email Notice to be sent via email. The Long Form Notice was also made available on the Settlement Website.

7. The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Notices advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

8. On August 1, 2025, Counsel for Defendant provided Simpluris with data files containing 230,385 names and email addresses of potential Settlement Class Members.

9. Upon receipt of the Class List, Simpluris reviewed the data to ensure it was in proper format for distributing the Notice via email. Of the 230,385 potential Settlement Class Members, 219,111 contained valid email addresses for Notice.

10. On August 15, 2025, Simpluris sent the Email Notice to the 219,111 potential Settlement Class Members for whom a valid email address was available. Of those 219,111 potential Settlement Class Members, Simpluris successfully delivered Email Notice to 185,498. Attached hereto as **Exhibit B** is a true and correct copy of the Email Notice.

11. On September 12, 2025, Simpluris sent a Reminder Email Notice to the 219,111 potential Settlement Class Members included in the first round of notice. In addition, a second valid email was identified for 10 of the potential Settlement Class Members, and a Reminder Email Notice was sent to those emails. Of those 219,121 valid emails, Simpluris successfully delivered Email Notice to 215,613 email addresses.

**WEBSITE AND TELEPHONE NUMBER**

13. Simpluris prepared and maintains a Settlement website at www.garciavideoprivacyclassaction.com that includes important dates and deadlines, and Settlement-related documents, including the Class Action Settlement Agreement and Release, the Preliminary Approval Order, and a downloadable version of the Notice of Class Action Settlement and Claim Form. The website has been available to the public since August 15, 2025. As of September 22, 2025, the website has been visited by 5,116 unique visitors with 13,242 page views. Attached hereto as **Exhibit C** and **Exhibit D** are true and correct copies of the Notice of Class Action Settlement and the Claim Form.

14. A Settlement-specific toll-free telephone number was included in the notice and on the website for the purpose of allowing Settlement Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice and on the website is 1-844-496-0654. This telephone number is active and has been available to the public since August 15, 2025. The Settlement-specific toll-free telephone number has received 12 phone calls between August 15, 2025, and September 22, 2025.

**NOTICE RESULTS**

15. Based on the foregoing, it is estimated that (i) the first-round of individual notice reached approximately 81% of potential Settlement Class Members, and (ii) the second-round of individual notice reached approximately 94% of potential Settlement Class Members. Thus, through the two rounds of individual notice, notice is estimated to have reached 94% of potential Settlement Class Members. The notice reach was further enhanced by the Settlement Website. In 2010, the Federal Judicial Center ("FJC") issued a Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide which is relied upon for federal cases. This Guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%."[1] It further states that the median reach for approved notice plans is 87%. Here, we have developed and implemented a Settlement Notice Program that readily achieved a reach at the highest end of these approved standards.

## CLAIM FORM SUBMISSIONS

16. The deadline to submit a claim form is October 14, 2025. Settlement Class Members are able to submit a claim through the Settlement Website or by mailing a physical claim form to the Settlement Administrator. As of September 22, 2025, Simpluris has received 998 Claim Form submissions. Because the October 14, 2025 deadline has not yet passed, these numbers are preliminary and are subject to change. Simpluris will continue to process claims through the claims submission deadline and will complete a final claim review at the conclusion of the claim period.

[1] FED.JUDICIAL CTR, JUDGES'CLASS ACTION NOTICE AND CLAIMS PROCESS CHECKLIST AND PLAIN LANGUAGE GUIDE 3 (2010), available at https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0.

**REQUESTS FOR EXCLUSION AND OBJECTIONS**

17. The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement is October 14, 2025.

18. As of the date of this Declaration, Simpluris has received zero (0) requests for exclusion from the proposed Settlement.

19. The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement is October 14, 2025.

20. As of the date of this Declaration, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

**ADMINISTRATON COSTS**

21. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $38,079.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 29th day of September, 2025 in Louisville, Kentucky.

Meagan Brunner

Meagan Brunner

# EXHIBIT A

simpluris

Date: August 15, 2025

**Re:** ***Benjamin Garcia v. Brigham Young University d/b/a BYU Broadcasting***
**Case No.: 1:24-cv-00188-AMA-DAO**
**United States District Court for the District of Utah, Central Division**
**Notice of Proposed Settlement**

Dear Mr./Madam Attorney General:

Defendant Brigham Young University d/b/a BYU Broadcasting provides this notice pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715. The parties to the above-referenced class action have reached a proposed class settlement regarding all persons in the United States who: (1) had a Facebook account during the Class Period; (2) had a subscription (i.e., login credentials) to http://www.byutv.org during the Class Period; and (3) viewed videos on www.byutv.org during the Class Period: November 12, 2022, to and including May 9, 2025.

Pursuant to 28 U.S.C. § 1715(b), please visit the website link listed below to view documents which contain of all the necessary information regarding the proposed Settlement. The documents available on the website are listed below.

| | |
|---|---|
| **Document Site:** | **https://transfer.simpluris.com/link/QeD2uItIGDbrcgBRD47I9s**<br>This link expires on February 5, 2026. You may need to log in to view and/or download the documents. If you have issues, please contact the Settlement Administrator. |
| **Available Documents:** | Exhibit A – Class Action Complaint<br>Exhibit B – Notice of Proposed Settlement<br>Exhibit C – Settlement Agreement<br>Exhibit D – Preliminary Approval Order |

Preliminary Approval was granted on July 18, 2025.

Pursuant to 28 U.S.C. § 1715(b)(7)(B), the current estimated number of putative class members is 156,662. Each qualified class member who files a timely and complete claim will receive a pro rata share of the Settlement.

simpluris

For additional information about this Settlement, please contact:

| Settlement Administrator: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Simpluris, Inc.<br>3194 Airport Loop Dr., Ste. C<br>Costa Mesa, CA 92663 | Allen Carney<br>Carney Bates & Pulliam PLLC<br>519 w. 7th St.<br>Little Rock, AR 72201 | Jeff Landis<br>ZwillGen PLLC<br>1900 M Street NW, Suite 250<br>Washington, DC 20036 |

Materials filed in this action can be obtained through PACER, which is accessible at https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup.

Regards,

Shelby Alvey
Project Manager
Shelby.Alvey@simpluris.com
714-824-8590

**CAFA NOTICE DISTRIBUTION LIST**
**Benjamin Garcia v. Brigham Young University dba BYU Broadcasting**

Office of the Attorney General
Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Office of the Attorney General
Treg Taylor
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
Via Email: consumerprotection@alaska.gov

Office of the Attorney General
Steve Marshall
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152

Office of the Attorney General
Kris Mayes
2005 N. Central Avenue
Phoenix, AZ 85004-2926

Attorney General's Office
Fainu'ulelei Falefatu Ala'ilima-Utu
American Samoa Gov't, Exec. Ofc. Bldg.
Utulei, Territory of American Samoa
Pago Pago, AS 96799

Office of the Attorney General
Rob Bonta
1300 I Street, Suite 1740
Sacramento, CA 95814

Office of the Attorney General
Tim Griffin
323 Center Street, Suite 200
Little Rock, AR 72201-2610

Office of the Attorney General
Phil Weiser
Ralph L Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

CAFA Coordinator
Office of the Attorney General, Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Office of the Attorney General
Kathy Jennings
Carvel State Office Bldg
820 N. French Street
Wilmington, DE 19801

Office of the Attorney General
William Tong
165 Capital Avenue
Hartford, CT 06106

Office of the Attorney General
Ashley Moody
The Capitol PL 01
Tallahassee, FL 32399-1050
Via Email:
Patrick.crotty@myfloridalegal.com

Office of the Attorney General
Brian Schwalb
400 6th Street NW
Washington, DC 20001

Office of the Attorney General
Douglas Moylan
ITC Building
590 S Marine Corps Drive, Ste. 706
Tamuning, GU 96913

Office of the Attorney General
Chris Carr
40 Capitol Square SW
Atlanta, GA 30334-1300

Office of the Attorney General
Raúl Labrador
700 W. Jefferson Street, Ste. 210
PO Box 83720
Boise, ID 83720-1000

Department of the Attorney General
Anne E. Lopez
425 Queen St
Honolulu, HI 96813-2903

Indiana Attorney General's Office
Todd Rokita
Indiana Government Center South
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

Office of the Attorney General
Jasmine Ramos-Rojas
James R. Thompson Center
100 W Randolph St
Chicago, IL 60601
Via Email: jasmine.ramosrojas@ilag.gov

Office of the Attorney General
Kris Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

Iowa Attorney General
Brenna Bird
Hoover State Office Bldg
1305 E.Walnut St.
Des Moines, IA 50319

Office of the Attorney General
Jeff Landry
P.O. Box 94095
Baton Rouge, LA 70804-4095

Office of the Attorney General
Daniel Cameron
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

Office of the Attorney General
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202-2202

Office of the Attorney General
Aaron Frey
State House Station 6
Augusta, ME 4333

Department of the Attorney General
Dana Nessel
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909-0212

Office of the Attorney General
Andrea Campbell
ATTN: CAFA Coordinator/General
Counsel's Office
One Ashburton Place
Boston, MA 2108

MS Attorney General's Office
Lynn Fitch
Department of Justice
P.O. Box 220
Jackson, MS 39205

Office of the Attorney General
Keith Ellison
Suite 102, State Capital
75 Dr. Martin Luther King, Jr. Blvd.
St. Paul, MN 55155

Office of the Attorney General
Austin Knudsen
Justice Bldg.
215 N. Sanders
Helena, MT 59620-1401

Missouri Attorney General's Office
Andrew Bailey
Supreme Ct Bldg.
207 W. High Street
Jefferson City, MO 65101

Office of the Attorney General
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701
Via Email: NVAGCAFAnotices@ag.nv.gov

Nebraska Attorney General
Mike Hilgers
State Capitol
PO Box 98920
Lincoln, NE 68509-8920

Office of the Attorney General
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

Office of the Attorney General
John Formella
33 Capitol St.
Concord, NH 3301

Office of the Attorney General
Letitia James
Attn: CAFA Coordinator
28 Liberty Street, 15th Floor
New York, NY 10005
Via Email: CAFA.Notices@ag.ny.gov

Office of the Attorney General
Raul Torrez
PO Drawer 1508
Santa Fe, NM 87504-1508

Office of the Attorney General
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

Attorney General's Office
Josh Stein
9001 Mail Service Center
Raleigh, NC 27699-6400

Office of the Attorney General
Dave Yost
State Office Tower
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Office of the Attorney General
Edward Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907

Office of the Attorney General
Ellen F. Rosenblum
Justice Bldg.
1162 Court Street NE
Salem, OR 97301

Office of the Attorney General
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

PR Department of Justice
Domingo Emanuelli Hernández
P.O. Box 9020192
San Juan, PR 00902-0192

Office of the Attorney General
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Office of the Attorney General
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211-1549

Office of the Attorney General
Peter F. Neronha
150 S. Main Street
Providence, RI 2903

Office of the Attorney General
Jonathan Skrmetti
425 5th Avenue North
Nashville, TN 37243

Office of the Attorney General
Marty Jackley
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501

Office of the Attorney General
Sean Reyes
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320

Office of the Attorney General
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Office of the Attorney General
Carol Thomas-Jacobs
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St Thomas, VI 802

Office of the Attorney General
Charity R. Clark
109 State St
Montpelier, VT 05609-1001

Office of the Attorney General
Bob Ferguson
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100
Via Email: privatecpa@ATG.WA.GOV

Office of the Attorney General
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

Office of the Attorney General
Joshua Kaul
State Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707-7857

Office of the Attorney General
Patrick Morrisey
State Capitol
1900 Kanawha Blvd. E.
Charleston, WV 25305

Office of the Attorney General
Bridget Hill
109 State Capitol
200 W. 24th St.
Cheyenne, WY 82002

# EXHIBIT B

Benjamin Garcia v. Brigham Young University dba BYU Broadcasting – Email Notice

From: noreply@garciavideoprivacyclassaction.com (BYUtv Settlement)
To: «Class Member Email»
Re: Legal Notice of Class Action Settlement

---

**Class Member ID: «SIMID»**
**Unique ID: «ClaimLoginID»**
**PIN: «PIN»**

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**
*Benjamin Garcia v. Brigham Young University d/b/a BYU Broadcasting*
Case No. 1:24-cv-00188-AMA-DAO
**(U.S. District Court for the District of Utah)**

**Records Indicate You May Be Entitled to a Payment From a Class Action Settlement Because You Have a Subscription to BYUtv**

**Click HERE to File a Claim for Payment**
**Claims Must Be Submitted no later than October 14, 2025.**

***A court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.***

This notice is to inform you that a settlement (the "Settlement") has been reached in a class action lawsuit (the "Action") filed by a BYUtv account holder ("Plaintiff") alleging that Brigham Young University d/b/a BYUtv ("Defendant" or "BYUtv") disclosed its subscribers' personally identifiable information (PII) about audio visual materials viewed to Meta (formerly Facebook) via the Meta Pixel without consent, in violation of the 1988 Video Privacy Protection Act (VPPA), 18 U.S.C. § 2710, which governs "video tape service providers." BYUtv disagrees and maintains that the VPPA does not apply to BYUtv, that BYUtv did not share any PII with Meta, and that no violation of privacy occurred. The Court has not decided who is right, and there has been no finding of wrongdoing. Rather, the parties have agreed to settle the matter to avoid costly and lengthy litigation. Because you have a BYUtv account, if you also have a Facebook account, you might qualify as a Settlement Class Member and may be able to apply for remuneration from a Settlement Fund.

**Am I a Class Member?** Our records indicate you may be a Settlement Class Member. Settlement Class Members are all persons in the United States who, at any time between November 12, 2022, through May 9, 2025, simultaneously: (1) had a Facebook account, (2) had a registered account (i.e., login credentials) with BYUtv, and (3) viewed one or more videos on www.byutv.org.

**What Can I Get?** If approved by the Court, BYUtv will create a Settlement Fund of $1,548,495.00 for the benefit of the Settlement Class. The Settlement Fund will be distributed on a pro rata basis to those who qualify as Settlement Class Members and who file a timely and complete claim, after deducting from the Settlement Fund any Court-approved attorneys' fees and expenses of Plaintiff's counsel, a service award for the class representative, and the costs of settlement administration. The Settlement also requires BYUtv to suspend operation of a marketing tool called the Meta Pixel on any BYUtv website page that includes video content and has a URL that substantially identifies the video content viewed, unless and

until either (1) the VPPA is amended, repealed, or otherwise invalidated by judicial decision as applied to the use of website pixel technology, or (2) BYUtv obtains VPPA-compliant consent that would apply to disclosure of the video content viewed to Facebook.

**How Do I Get a Payment?** You must submit a timely and complete Claim Form no later than October 14, 2025. You can file a claim by clicking here. If you qualify, your payment will come by check unless you elect to receive payment electronically by Venmo, Zelle, PayPal, etc.

**What are My Other Options?** You may exclude yourself from the Settlement Class by sending a letter to the Settlement Administrator no later than October 14, 2025. If you exclude yourself, you cannot get a settlement payment, but you will keep any rights you may have to sue BYUtv regarding the issues in the lawsuit. Alternatively, if you remain in the Settlement Class, you may object to the proposed Settlement, and you and/or your lawyer have the right to appear before the Court. Your written objection must be filed no later than October 14, 2025. Specific instructions about how to exclude yourself from, or object to, the Settlement are available at www.garciavideoprivacyclassaction.com (the "Settlement Website"). If you file a claim or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims against BYUtv relating to issues in this case will be released.

**Who Represents Me?** The Court has appointed Allen Carney, Hank Bates, and Sam Jackson of Carney, Bates & Pulliam, PLLC, Jacob D. Barney of Anderson & Karrenberg, P.C., and Mark Reich of Levi & Korsinsky LLP to represent the Settlement Class. These attorneys are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

**When Will the Court Consider the Proposed Settlement?** The Court will hold the Final Approval Hearing on November 20, 2025 at 1:30 pm, in Orrin G. Hatch U.S. Courthouse, 351 S. West Temple, Salt Lake City UT 84101. The purpose of the hearing will be for the Court to determine whether to approve the Settlement as fair, reasonable, adequate, and in the best interests of the Settlement Class; to consider Class Counsel's request for attorneys' fees and expenses; and to consider the request for a Service Award to the Class Representative. At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.

**How Do I Get More Information?** This notice contains only a summary of the Settlement and the proceedings to date. Complete copies of public pleadings, Court rulings, and other filings are available for review and copying at the Office of the Clerk, 351 S. West Temple, Salt Lake City UT 84101 between 8:30 a.m. and 4:30 p.m. Monday through Friday, excluding Court holidays. Additional information is also available on the Settlement Website, or by contacting the Settlement Administrator at (844) 496-0654 or info@garciavideoprivacyclassaction.com.

# EXHIBIT C

**U.S. District Court for the District of Utah**
*Benjamin Garcia v. Brigham Young University d/b/a BYU Broadcasting*
Case No. 1:24-cv-00188-AMA-DAO

# Records Indicate You May Be Entitled to a Payment From a Class Action Settlement Because You Have a Subscription to BYUtv.

**Claims Must be Submitted no later than October 14, 2025**

***A court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.***

- A settlement ("Settlement") has been reached in a class action lawsuit (the "Action") filed by a BYUtv account holder claiming that Brigham Young University d/b/a BYUtv ("Defendant" or "BYUtv") disclosed subscribers' personally identifiable information ("PII") about audio visual materials viewed to Meta (formerly Facebook) via the Meta Pixel without consent, in violation of the 1988 Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, which governs "video tape service providers." BYUtv disagrees and maintains that the VPPA does not apply to BYUtv, that BYUtv did not share any PII with Meta, and that no violation of privacy occurred. The Court has not decided who is right, and there has been no finding of wrongdoing. Rather, the parties have agreed to settle the matter to avoid costly and lengthy litigation.

- You are included in the Settlement Class if you are a person in the United States who, at any time between November 12, 2022, through May 9, 2025, simultaneously: (1) had a Facebook account, (2) had a registered account (i.e., login credentials) with BYUtv, and (3) viewed one or more videos on www.byutv.org.

- If the Settlement is approved by the Court, BYUtv will create a Settlement Fund of $1,548,495.00 for the benefit of the Settlement Class. The Settlement Fund will be distributed on a *pro rata* basis to those who qualify as Settlement Class Members and who file a timely and complete claim, after deducting from the Settlement Fund any Court-approved attorneys' fees and expenses of Plaintiff's counsel, a service award for the class representative, and the costs of settlement administration. The Settlement also requires BYUtv to suspend operation of the Meta Pixel on any BYUtv website page that includes video content and has a URL that substantially identifies the video content viewed, unless and until either (1) the VPPA is amended, repealed, or otherwise invalidated by judicial decision as applied to the use of website pixel technology, or (2) BYUtv obtains VPPA-compliant consent that would apply to disclosure of the video content viewed to Meta.

- **Read this notice carefully**. It explains your rights and options, as well as the deadlines to exercise them. Your legal rights are affected whether you act or don't act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM BY OCTOBER 14, 2025** | This is the only way to receive a Cash Payment. Claim Forms can be found and submitted at the Settlement Website, www.garciavideoprivacyclassaction.com |
| **EXCLUDE YOURSELF BY OCTOBER 14, 2025** | You will receive no benefits, but you will retain any rights you currently have to sue the Defendant about the claims in this case. |
| **OBJECT BY OCTOBER 14, 2025** | Write to the Court explaining why you don't like the Settlement. |
| **GO TO THE HEARING BY NOVEMBER 20, 2025** | Ask to speak in Court about your objection to the Settlement. |
| **DO NOTHING** | You won't get a share of the Settlement benefits and will give up your rights to sue the Defendant about the claims in this case. |

## BASIC INFORMATION

### 1. Why was this Notice issued?

A Court authorized this notice because you have a right to know about a proposed Settlement of this class action lawsuit and about all of your options, before the Court decides whether to give final approval to the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights.

The Honorable Ann Marie McIff Allen of the United States District Court for the District of Utah, is overseeing this case. The case is called *Garcia v. Brigham Young University d/b/a BYU Broadcasting*, Case No. 1:24-cv-00188-AMA-DAO. The person who sued is called the Plaintiff. The entity being sued, BYU d/b/a BYUtv, is called the Defendant.

### 2. What is a class action?

In a class action, one or more people called the class representatives (in this case, Plaintiff Benjamin Garcia) sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all class members, except for those who exclude themselves from the Class.

### 3. What is this lawsuit about?

This lawsuit claims that BYUtv violated the 1988 VPPA by disclosing its subscribers' personally identifiable information ("PII") to Meta via the Meta Pixel (a piece of code Defendant installed across its website) without consent. The VPPA defines PII to include information which identifies a person as having requested or obtained specific video materials or services from a video tape service provider. Defendant denies that it violated any law or that the VPPA applies to it. The Court has not determined who is right. Rather, the parties have agreed to settle the matter to avoid the uncertainties and expenses associated with continuing the Action.

**4. Why is there a Settlement?**

The Court has not decided whether the Plaintiff or the Defendant should win this case. Instead, both sides agreed to a Settlement. That way, they avoid the uncertainties and expenses associated with ongoing litigation, and Class Members will get compensation sooner rather than, if at all, after the completion of a trial.

**WHO'S INCLUDED IN THE SETTLEMENT?**

**5. How do I know if I am in the Settlement Class?**

The **Settlement Class** is defined as:

> All persons in the United States who, at any time between November 12, 2022, through May 9, 2025, simultaneously: (1) had a Facebook account, (2) had a registered account (i.e., login credentials) with BYUtv, and (3) viewed one or more videos on www.byutv.org.

Excluded from the Settlement Class are counsel to the Settling Parties and their employees, legal representatives, heirs, successors, assigns, or any members of their immediate family; any government entity; BYU, any entity in which BYU has a controlling interest, any of BYU's subsidiaries, parents, affiliates, and officers, directors, employees, legal representatives, heirs, successors, or assigns, or any members of their immediate family; any persons who, as of the date of this Agreement, have provided notice to BYU of claims relating to the Action; any persons who have released claims relating to the Action; and any persons who timely opt-out of the Settlement Class.

**THE SETTLEMENT BENEFITS**

**6. What does the Settlement provide?**

***Monetary Relief***: Defendant will create a Settlement Fund of at least $1,548,495.00 for the benefit of the Settlement Class. The Settlement Fund will be distributed on a *pro rata* basis to those who qualify as Settlement Class Members and who file a timely and complete claim, after deducting the costs for notice and settlement administration, any Court-approved attorneys' fees and expenses, and a service award for the Class Representative (*see* Question 13).

***Prospective Changes***: In addition to this monetary relief, the Settlement also requires Defendant to suspend operation of the Meta Pixel on any BYUtv website page that includes video content and has a URL that substantially identifies the video content viewed, unless and until either (1) the VPPA is amended, repealed, or otherwise invalidated by judicial decision as applied to the use of website pixel technology, or (2) Defendant obtains VPPA-compliant consent that would apply to disclosure of the video content viewed to Facebook.

A detailed description of the settlement benefits can be found in the Settlement Agreement, which is available on the settlement website

www.garciavideoprivacyclassaction.com under Important Documents.

**7. How much will my payment be?**

As noted above, Defendant will create a Settlement Fund of at least $1,548,495.00 for the benefit of the Settlement Class. The Settlement Fund will be distributed on a *pro rata* basis to those who qualify as Settlement Class Members and who file a timely and complete claim, after deducting costs for notice and settlement administration, any Court-approved attorneys' fees and expenses, and a service award for the Class Representative. This means each Settlement Class Member who submits a valid claim will be paid an equal share from the Net Settlement Fund. The amount of the payments to individual Class Members will depend on the number of valid claims that are filed. Because the final payment amount cannot be calculated before all claims are received and verified, it will not be possible to provide an accurate estimate of the payment amount before the deadline to file claims. **You must submit a Claim Form** in order to receive any compensation under the Settlement.

**8. When will I get my payment?**

The hearing to consider the fairness of the settlement is scheduled for November 20, 2025 at 1:30 pm. If the Court approves the Settlement, eligible Class Members whose claims were approved by the Settlement Administrator will receive their Cash Payment 45 days after the Settlement has been finally approved and/or any appeals process is complete. The Cash Payments will be made in the form of a check or payment by Zelle, PayPal, or Venmo, at your election.

## HOW TO GET BENEFITS

**9. How do I get a payment?**

If you are a Class Member and you want to get a Cash Payment, you **must** complete and submit a Claim Form by October 14, 2025. Claim Forms can be found and submitted by visiting the settlement website at www.garciavideoprivacyclassaction.com, or by printing and mailing a paper Claim Form, copies of which are available for download on the website.

Settlement Class Members are encouraged to submit claims online. Not only is it easier and more secure, but it is completely free and takes only minutes!

## REMAINING IN THE SETTLEMENT

**10. What am I giving up if I stay in the Settlement Class?**

If the Settlement becomes final, you will give up your right to sue Defendant for the claims this Settlement resolves. The Settlement Agreement describes the specific claims you are giving up against the Defendant. You will be "releasing" the Defendant and certain of its affiliates (the "Released Parties") regarding the Released Claims as described and defined in paragraphs 1.25 and 1.26 of the Settlement Agreement. Unless you exclude yourself (see Question 14), you are

"releasing" the claims, regardless of whether you submit a claim or not. The Settlement Agreement is available through the "court documents" tab on the website.

The Settlement Agreement describes the Released Claims with specific descriptions (see paragraphs 1.24-1.26 and 3.1-3.2 of the Settlement Agreement), so read it carefully. If you have any questions you can talk to the lawyers listed in Question 12 for free or you can, of course, talk to your own lawyer if you have questions about what this means.

### 11. What happens if I do nothing at all?

If you do nothing, you won't get any benefits from this Settlement. But, unless you exclude yourself, you won't be able to start a lawsuit or be part of any other lawsuit against the Defendant for the claims being resolved by this Settlement.

## THE LAWYERS REPRESENTING YOU

### 12. Do I have a lawyer in the case?

The Court has appointed Allen Carney, Hank Bates, and Sam Jackson of Carney Bates & Pulliam, PLLC, Jacob Barney of Anderson & Karrenberg, and Mark Reich of Levi & Korsinsky LLP to be the attorneys representing the Settlement Class. They are called "Class Counsel." They believe, after conducting an extensive investigation, that the Settlement Agreement is fair, reasonable, and in the best interests of the Settlement Class. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

### 13. How will the lawyers be paid?

Class Counsel's attorneys' fees, costs, and expenses will be paid from the Gross Settlement Amount in an amount determined and awarded by the Court. Class Counsel is entitled to seek up to one-third of the $1,548,495.00 Gross Settlement Amount, but the Court may award less than this amount.

Class Counsel may also seek a Service Award of up to $5,000 for the Class Representative for his service in helping to bring and settle the case, but the Court may award less than this amount. The Service Award will be paid out of the Gross Settlement Fund.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### 14. How do I get out of the Settlement?

To exclude yourself from the Settlement, you must mail or otherwise deliver a letter (or request for exclusion) stating that **you want to be excluded** from the *Garcia v. Brigham Young University d/b/a BYU Broadcasting*, Case No. 1:24-cv-00188-AMA-DAO settlement. Your letter or request for exclusion must also include your full name, your mailing address, your handwritten or electronically imaged written signature, the name and number of this case, and a

statement that you wish to be excluded. You must mail or deliver your exclusion request, postmarked no later than **October 14, 2025,** to:

BYUtv VPPA Settlement
P.O. Box 25226
Santa Ana, CA 92799

**15. If I don't exclude myself, can I sue the Defendant for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue the Defendant for the claims being resolved by this Settlement. If you exclude yourself, do not submit a Claim Form to ask for benefits.

## OBJECTING TO THE SETTLEMENT

**16. How do I object to the Settlement?**

If you're a Settlement Class Member, you can object to the Settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must file with the Court a letter or brief stating that you object to the Settlement in *Garcia v. Brigham Young University d/b/a BYU Broadcasting*, Case No. 1:24-cv-00188-AMA-DAO and identify all your reasons for your objections (including citations and supporting evidence) and attach any materials you rely on for your objections. Your letter or brief must also include the following information: your full name and mailing address; an explanation of the basis upon which you claim to be a Settlement Class Member, including your affirmation that you were a Facebook member during the class period; the name and contact information of any and all attorneys representing, advising, or in any way assisting you in connection with your objection, and your handwritten or electronically imaged written signature. If you, or an attorney assisting you with your objection, have ever objected to any class action settlement where you or the objecting attorney has asked for or received payment in exchange for dismissal of the objection (or any related appeal) without modification to the settlement, you must also include a statement in your objection identifying each such case by full case caption. You must also mail or deliver a copy of your letter or brief to Class Counsel and Defendant's Counsel listed below.

Class Counsel will file with the Court and post on this website its request for attorneys' fees by September 29, 2025.

If you want to appear and speak at the Final Approval Hearing regarding your objection to the Settlement, with or without a lawyer (explained below in answer to Question Number 20), you must say so in your letter or brief. You must file the objection with the Court no later than October 14, 2025. The Court's address, as well as the addresses for Class Counsel and Defendant's Counsel, are:

| Court | Class Counsel | Defendant's Counsel |
|---|---|---|
| United States District Court for the District of Utah<br>351 S. West Temple<br>Salt Lake City, Utah 84101 | Allen Carney<br>Carney Bates & Pulliam, PLLC<br>One Allied Drive, Suite 1400<br>Little Rock, AR 72202<br>Telephone: (501) 312-8500<br>Facsimile: (501) 312-8505 | Jeffrey Landis<br>ZwillGen PLLC<br>1900 M Street NW, Suite 250<br>Washington, DC 20036<br>Telephone: (202) 706-5203<br>Facsimile: (202) 706-5298 |

**17. What's the difference between objecting and excluding myself from the Settlement?**

Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself from the Settlement Class is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you have no basis to object or file a Claim Form because the case no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

**18. When and where will the Court decide whether to approve the Settlement?**

The Court will hold the Final Approval Hearing on November 20, 2025 at 1:30 pm, in Orrin G. Hatch U.S. Courthouse, 351 S. West Temple, Salt Lake City, UT 84101. The purpose of the hearing will be for the Court to determine whether to approve the Settlement as fair, reasonable, adequate, and in the best interests of the Settlement Class; to consider the Class Counsel's request for attorneys' fees and expenses; and to consider the request for a service award to the Class Representative. At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.

The hearing may be postponed to a different date or time without notice, so it is a good idea to check www.garciavideoprivacyclassaction.com or contact Class Counsel at 1-888-551-9944. If, however, you timely objected to the Settlement and advised the Court that you intend to appear and speak at the Final Approval Hearing, you will receive notice of any change in the date of such Final Approval Hearing.

**19. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you filed and mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend (at your own expense), but it's not required.

**20. May I speak at the hearing?**

Yes. You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must

include in your letter or brief objecting to the Settlement a statement saying that you or your attorney intend to appear at the Final Approval Hearing (see Question 16).

## GETTING MORE INFORMATION

### 21. Where do I get more information?

This Notice summarizes the Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement at www.garciavideoprivacyclassaction.com. You may also write with questions to BYU VPPA Settlement, P.O. Box 25226, Santa Ana, CA 92799. You can call the Settlement Administrator at 1-833-360-6808 or Class Counsel at 1-888-551-9944, if you have any questions. Before doing so, however, please read this full Notice carefully. You may also find additional information elsewhere on the Settlement Website.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANT, OR DEFENDANT'S COUNSEL TO ASK QUESTIONS ABOUT THIS ACTION OR THIS NOTICE. THEY CANNOT ANSWER ANY QUESTIONS OR DISCUSS THE ACTION.**

# EXHIBIT D

***Benjamin Garcia v. Brigham Young University d/b/a BYU Broadcasting***
In the United States District Court for the District of Utah
Case No. 1:24-cv-00188-AMA-DAO

# Settlement Claim Form

**If you are a Settlement Class Member and wish to receive a payment, your completed Claim Form must be postmarked on or before October 14, 2025, or submitted online on or before October 14, 2025.**

Please read the full notice of this settlement (available at www.garciavideoprivacyclassaction.com) carefully before filling out this Claim Form.

To be eligible to receive any benefits from the settlement obtained in this class action lawsuit, you must submit this completed Claim Form online or by mail:

**ONLINE:** www.garciavideoprivacyclassaction.com

**MAIL:** P.O. Box 25226 Santa Ana Ca 92799

## PART ONE: CLAIMANT INFORMATION

Provide your name and contact information below. It is your responsibility to notify the Settlement Administrator of any changes to your contact information after the submission of your Claim Form.

**FIRST NAME** **LAST NAME**

**STREET ADDRESS**

**CITY** **STATE** **ZIP CODE**

**E-MAIL ADDRESS**

If you received Notice about the Settlement by email, please provide the Unique ID located on the Notice you received to assist the Settlement Administrator in validating your claim. Please be sure to include the full Unique ID, including all letters and/or numbers that appear.

**UNIQUE ID**

## PART TWO: COMPENSATION AND PROOF OF MEMBERSHIP

**PROOF OF FACEBOOK ACCOUNT:** To qualify for a Cash Payment under the Settlement, you must have had a Facebook account. By signing this form, you hereby submit, under penalty of perjury of the laws of the United States of America, that you had a Facebook account during the time period November 12, 2022 to May 9, 2025.

**FORM OF CASH PAYMENT:** You may be entitled to receive a Cash Payment of $6.31. You may select the form in which you wish to receive the Cash Payment below.

Method of Cash Payment:

| | | |
|---|---|---|
| Venmo | ☐ | Venmo Username: ______________________ |
| PayPal | ☐ | Paypal Email: ______________________ |
| Zelle | ☐ | Zelle Email: ______________________ |
| Check | ☐ | Address: ______________________ |

## PART THREE: ATTESTATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that between November 12, 2022 through May 9, 2025, I (1) had a Facebook account, (2) had a subscription (i.e., login credentials) to www.byutv.org, and (3) viewed a video on www.byutv.org; and that all of the information on this Claim Form is true and correct to the best of my knowledge. I also declare under penalty of perjury that the Facebook account identified in this form belongs to me and no one else. I understand that my Claim Form may be subject to audit, verification, and Court review.

| | |
|---|---|
| ______________________ | ______________ |
| **SIGNATURE** | **DATE** |

**Please keep a copy of your Claim Form for your records.**