**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH – CENTRAL DIVISION**

| | |
|---|---|
| BENJAMIN GARCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHAM YOUNG UNIVERSITY d/b/a BYU BROADCASTING,<br><br>Defendant. | Case No. 1:24-cv-00188-AMA-DAO<br><br>**SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Meagan Brunner, declare and state as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am a Director of Client Services at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and Settlement Administrator located in Costa Mesa, California.

3. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: Myart v. AutoZone, Inc. and Aceves v. Autozone, Inc. (US District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class

members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4. This declaration is to supplement the information provided in the Declaration of Settlement Administrator Simpluris Inc. executed on September 29, 2025.

5. The Email and Long Form Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. The Notices also advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

6. On August 15, 2025, Simpluris sent the Email Notice to 219,111 potential Settlement Class Members for whom a valid email address was available. Of those 219,111 potential Settlement Class Members, Simpluris successfully delivered Email Notice to 185,498.

7. On September 12, 2025, Simpluris sent a Reminder Email Notice to 219,111 potential Settlement Class Members included in the first round of notice. In addition, a second valid email was identified for 10 of the potential Settlement Class Members, and a Reminder Email Notice was sent to those emails. Of those 219,121 valid emails, Simpluris successfully delivered Email Notice to 215,613 email addresses.

8. On October 3, 2025, Simpluris sent a Reminder Email Notice to 218,022 Settlement Class Members who have not submitted a claim from the valid emails that were available. Of those 218,022 valid emails, Simpluris successfully delivered Email Notice to 212,293 email addresses.

9. Simpluris prepared and maintains a Settlement website at www.garciavideoprivacyclassaction.com that included the Long Form Notice and other Settlement-related documents, including the Class Action Settlement Agreement and Release, the

Preliminary Approval Order, and a downloadable version of the Claim Form. The website has been available to the public since August 15, 2025. As of November 6, 2025, the website has been visited by 9,701 unique visitors with 26,754 page views.

10. A Settlement-specific toll-free telephone number was included in the Notices and on the Settlement Website for the purpose of allowing Settlement Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice and on the website is 1-844-496-0654. This telephone number is active and has been available to the public since August 15, 2025. The Settlement-specific toll-free telephone number has received 26 phone calls between August 15, 2025, and November 6, 2025.

11. Based on the foregoing, it is estimated that (i) the first-round of individual notice reached approximately 81% of potential Settlement Class Members, (ii) the second-round of individual notice reached approximately 94% of potential Settlement Class Members and (iii) the third-round of individual notice reached approximately 93% of potential Settlement Class Members. Thus, through the two rounds of individual notice, notice is estimated to have reached 94% of potential Settlement Class Members. The notice reach was further enhanced by the Settlement Website. In 2010, the Federal Judicial Center ("FJC") issued a Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide which is relied upon for federal cases. This Guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%."[1] It further states that the median reach for

[1] FED.JUDICIAL CTR, JUDGES'CLASS ACTION NOTICE AND CLAIMS PROCESS CHECKLIST AND PLAIN LANGUAGE GUIDE 3 (2010), available at

approved notice plans is 87%. Here, we have developed and implemented a Settlement Notice Program that readily achieved a reach at the highest end of these approved standards.

12. The deadline to submit a Claim Form was October 14, 2025. Settlement Class Members were able to submit a claim through the Settlement Website or by mailing a physical Claim Form to the Settlement Administrator. As of November 6, 2025, Simpluris has received 1,504 Claim Form submissions.

13. The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was October 14, 2025.

14. As of the date of this Declaration, Simpluris has received three (3) requests for exclusion from the proposed Settlement[2].

15. The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was October 14, 2025.

16. As of the date of this Declaration, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

17. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $43,429.00.

---

https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0.

2 After further review of reports, it was found that the entries for opt outs were duplicated. Therefore, only three (3) opt out requests were submitted, and not six (6) opt outs submissions.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 10th day of November, 2025 in Louisville, Kentucky.

Meagan Brunner

Meagan Brunner